JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| ARAM MISAEL HERNANDEZ-RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Respondents. | Case No. 5:26-cv-05981-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Granting in Part Petition for Writ of Habeas Corpus and Issuing Conditional Writ and its subsequent Order Finding Compliance with Conditional Writ and Directing Entry of Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Petition for Writ of Habeas Corpus is **GRANTED** in part as to Count One, and Respondents have complied with the conditional writ;
2. Counts Two and Three are **DISMISSED** without prejudice; and
3. All other relief requested in the Petition is **DENIED**.

Date: October 30, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge